EL PUEBLO, DEMANDANTE Y APELADO, *v.* VÉLEZ ET AL.,
ACUSADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Segunda, en causa por infracción a la Ley de
Arbitrios.

No. 1590.—Resuelto en diciembre 13, 1920.

DENUNCIA INSUFICIENTE—INFRACCIÓN A LA LEY DE ARBITRIOS—PATENTE DE REN-
TAS INTERNAS.—Una denuncia que imputa a unos acusados que ''maliciosa
y fraudulentamente destilaban alcohol sin estar provistos de la correspon-
diente patente de Rentas Internas,'' pero sin expresar que la destilación se
hacía para fines medicinales, sacramentales, industriales o científicos, no cons-
tituye una infracción a la sección 17 de la Ley de Arbitrios; y en el caso
de que se estimara que constituía una infracción a la sección 2 del Acta
Jones, tendría que resolverse que la Corte de Distrito había actuado sin ju-
risdicción.

Los hechos están expresados en la opinión.
Abogado de los apelantes: *Sr. E. H. F. Dottin.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del
tribunal.·

Se denunció a Ramón Vélez y a Julián Rivera por haber
cometido el siguiente hecho: ''maliciosa y fraudulentamente
se dedicaron a la destilación de alcohol durante el trimestre
de abril a junio de 1919, sin estar provistos de la correspon-
diente patente de Rentas Internas, requerida por la sección

17 de la vigente Ley de Arbitrios," y se les condenó como autores de una infracción a la indicada ley.

Establecida apelación contra la sentencia, el Fiscal de esta Corte Suprema solicitó su revocación porque los hechos consignados en la denuncia no constituyen la infracción imputada, ya que no expresan que la destilación o fabricación se hacía por los acusados para fines medicinales, sacramentales, industriales o científicos, constituyendo más bien una infracción a la sección 2 del Acta Jones, para conocer de cuyo caso no tiene jurisdicción la corte municipal, ni la de distrito, de acuerdo con los principios establecidos por esta Corte Suprema en el de *El Pueblo* v. *Torres,* 28 D. P. R. 835.

La cuestión no es nueva. Un caso igual al presente, *El Pueblo* v. *Fernández,* 28 D. P. R. 842, fué decidido por esta Corte en el sentido propuesto por el Fiscal, el 30 de julio último. En tal virtud debe revocarse la sentencia recurrida y absolverse al acusado.

> *Revocada la sentencia apelada y absueltos los acusados.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.